# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147277 & (49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH FRANK SWANSON,
      Defendant-Appellant.

SC: 147277
COA: 311132
Eaton CC: 11-020098-FC

_____/

      On order of the Court, the application for leave to appeal the May 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021